# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>KENNETH LEE THOMPSON<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 22-mj-2055<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 15, 2022__ in the county of __Davidson__ in the __Middle__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code Sections 922(g)(1) and 924 | Unlawful Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

See Attached statement in support of complaint

☑ Continued on the attached sheet.

/s/ Cristina Alamo
*Complainant's signature*

SA Cristina Alamo, FBI
*Printed name and title*

Sworn to me remotely by telephone, in compliance with Fed. R. Crim. P. 4.1.

Date: 03/18/2022

*Judge's signature*

City and state: Nashville, Tennessee

Hon. Jeffery S. Frensley, U.S. Magistrate Judge
*Printed name and title*

# STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT

I, Cristina Alamo, having been duly sworn, hereby depose and swear to the following:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since September 2021. I am currently assigned to the Nashville Field Office within the Middle District of Tennessee. I am assigned to investigate a variety of criminal matters, including criminal violations related to violent crime occurring in the Middle District of Tennessee.

2. This affidavit is submitted in support of a Criminal Complaint for the arrest of Kenneth Lee THOMPSON for the offense of unlawful possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

3. The facts contained in this statement are based on first-hand knowledge or information learned during this investigation from other law enforcement sources related to the investigation. This statement does not provide each and every detail known by me regarding this investigation, but rather provides information necessary to establish probable cause for the arrest of THOMPSON for the stated offense. Except where indicated, all statements referred to below are set forth in substance and in part, rather than verbatim.

4. On March 15, 2022, detectives from the Metropolitan Nashville Police Department (MNPD) were conducting surveillance at the Super 8 Motel, located at Royal Parkway, Nashville, Tennessee 37214 which is in the Middle District of Tennessee. Surveillance was being done to locate THOMPSON. THOMPSON was wanted by MNPD, Youth Services Division for outstanding warrants concerning: Rape of a Child, two counts of Especially Aggravated Kidnapping with a deadly weapon, Unlawful Possession of a Weapon, and Aggravated Assault. THOMPSON also had additional local warrants for Failure to be Booked for driving with a revoked license and Domestic Assault, Fear of Bodily Injury.

5. On March 15, 2022, detectives from the MNPD's Specialized Investigation Division (SID) and Hermitage Precinct Community Field Intelligence Team (CFIT) surveilled the Super 8 motel after locating a vehicle at the motel known by detectives to be driven by THOMPSON. While conducting surveillance, officers identified THOMPSON walking out of the rear door of the hotel with another individual. Detectives then approached THOMPSON and he was taken into custody without incident.

6. During a search of THOMPSON after he was taken into custody, detectives found a 9mm Glock 26 handgun inside THOMPSON's right pocket. The weapon was loaded with a spent cartridge casing in the chamber. The handgun was run through NCIC and shown to be stolen. A NCIC check of the serial number showed that the handgun had been reported stolen by an individual in Lebanon, Tennessee on 01-16-2017. Additionally, detectives found a canvas bag in THOMPSON's right pocket. Inside the canvas bag was

1

43 grams of a substance that field-tested positive for cocaine base, also known as crack cocaine, 3 grams of a substance appearing to be heroin, 2 grams of a crystal-like substance believed to be methamphetamine, five unknown blue pills believed to be pressed fentanyl, 15 grams of an unknown powdery substance and $1,577.00 in U.S. currency.

7. Detectives read THOMPSON his *Miranda* Rights, which he waived and agreed to speak with detectives. In the interview that followed, THOMPSON admitted to possessing the weapon. THOMPSON stated to having the weapon for the last few months for protection. THOMPSON admitted he knows he is prohibited from possessing a handgun.

8. Detectives interviewed the individual W-1. who was with THOMPSON when he was taken into custody. W-1 gave consent to search her motel room that was under her name. During the search, detectives found a loaded 30 round 9mm Glock ammunition magazine inside a large tote bag on the room's desk. W-1 stated the ammunition magazine belonged to THOMPSON.

9. A review of THOMPSON's criminal history reveals he is a prior felon. THOMPSON has two felony convictions. In 2013, Thompson was convicted of possession of a controlled substance with the intent to distribute in Lubbock, Texas. THOMPSON was also convicted of Robbery in Davidson County, Tennessee on April 8, 2004.

10. FBI Special Agent Gerald Bixenman, a qualified ATF Firearms Interstate Nexus Expert, analyzed photographs of the Glock 26, 9MM pistol found in THOMPSON's pocket. SA Bixenman was able to determine that the Glock 26, 9MM pistol is a firearm, as defined by 18 U.S.C. § 921(a)(3), and has probable cause to believe the firearm was not manufactured in the state of Tennessee, and, therefore, at some point in time, traveled in and affected interstate or foreign commerce.

11. Based on the foregoing facts, I submit there is probable cause to believe Kenneth Lee THOMPSON has committed the offense of unlawful possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g). Based on the foregoing, I respectfully request an arrest warrant be issued for THOMPSON for this offense.